UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
SOUTHEAST DIVISION

| | |
|---|---|
| U.S. DVA<br>Eudaley, Tracie Medical<br>Technologist<br><br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>v.<br><br>U.S. DVA<br>Hopkins, Paul Medical<br>Center Director et. al.<br>Wells, Ryan<br>Lepold, Ashley<br><br>*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)* | **Complaint for a Civil Case**<br><br>Case No.<br>*(to be assigned by Clerk of District Court)*<br><br>Plaintiff requests trial by jury:<br>☒ Yes   ☐ No |

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tracie Eudaley |
| Street Address | 2824 Reno Drive |
| City and County | Poplar Bluff, Butler |
| State and Zip Code | Missouri, 63901 |
| Telephone Number | 573-718-4000 |
| E-mail Address | tracie.eudaley1963@outlook.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Hopkins, Paul |
| Job or Title | Medical Center Director |
| Street Address | 1500 North Westwood Blvd |
| City and County | Poplar Bluff, Butler |
| State and Zip Code | Missouri, 63901 |
| Telephone Number | 573-686-4151 |
| E-mail Address | Paul.Hopkins@VA.Gov |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A. Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

```
28 CFR 14.2 First Amendment Freedom of Speech
```

### B. Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

```
United Stated Department of Veteran Affairs Hopkins,
Paul ,Smith, Angela , Ryan Maddox,  Lepold, Ashley  Norden,
Brenda
```

### C. Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

    1. The Plaintiff(s)

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____, is a citizen

of the State of *(name)* _____ Or is a citizen

of *(foreign nation)* _____.

If the defendant is a corporation

The defendant, *(name)* _____.

is incorporated under the laws of the State of *(name)*

_____, and has its principal place of

business in the State of *(name)* _____ Or

is incorporated under the laws of the State of *(foreign nation)*

_____, and has its principal place

of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

```
$300,000 dollars for damages to my body including
increased sensitivity to fungis and stress caused by
targeting my enmployment not accommodating me for a
workplace injury and falsifying documents.
```

4

### III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

```
From about 2018 to the present the employees at the John J
Pershing VAMC at Poplar Bluff, Missouri have done the following.
Ryan Maddox wrote a false report stating the black particles
coming out of the vents were dust when I showed him the black
substance on an hvac vent and offered to swipe the substance off
and show him under a microscope that it was fungus. Brenda
Norden told me she had better not catch me looking at the black
substance under the microsocope after I showed her the substance
was fungus. Ashley Lepold came to the lab within 15 minutes
after and threatened me by telling me I better not ever look at
the substance under the microscope again. Ashley Lepold stated
on a transcript the substance was rubber. Another employee, Jane
Parker, was warned along side me.I had been contacted by a media
source(s) to do interview(s) about the mold in the laboratory,
so I messaged our public affairs officer, Angela Smith to ensure
that I could do an interview and not lose my job. I was 1 1/2
years from retirement and did not want to lose my pension and
benefits. In September 2021, Ms Smith informed me that the VA
could always send the laboratory tests across town to the
Regional Hospital and didn't even need a laboratory at the VA.
She advised against doing the interview. Within 15 minutes, Ryan
Wells (administrative assistant working in the director'soffice)
came down and stopped in Andrea Osborn's office and asked her
three questions concerning my employment. The last question was
'what does Tracie want'? He then moved in to my work area and
informed me that if I went through with an interview that I
would be terminated or cause a reduction in force (RIF).
```

### IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

```
I would like the court to award me $300,000 for the damages
to my body, psychological harm and the loss of enjoyment of
life.
```

5

III. Statement of Claim

Terresa Ruby-Stewart, Pamela Davis, and Edwina Dickerson made false statements in my workmen's compensation claim to deny my benefits. They said they don't do leave buy-back for workmen's comp when I have proof, they let other people do leave buy-back after and before they said it in emails to me. The purposeful targeting of my job caused me psychological, financial, and physical injuries. The air quality caused me to have increased sensitivities. The targeting of my employment affected my enjoyment of life. The employees purposefully targeted me for reporting poor air quality issues.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒  No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒  No ☐

Do you claim punitive monetary damages?

Yes ☒  No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

```
The damages I recieved still affect me. The person
mentioned purposfully targeted me.
```

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __2nd__ day of __FEBRUARY__, 20 __24__.

Signature of Plaintiff(s) _____

6

| | |
|---|---|
| **From:** | White, Scotty L. (VHAPOP) |
| **To:** | Chipps, Denton E. |
| **Cc:** | kce40@yahoo.com; Ellis, Kevin C; scotty white |
| **Subject:** | RE: Tort Claim 1 SW & TE |
| **Date:** | Wednesday, May 31, 2023 11:53:00 AM |
| **Attachments:** | Tracie Eudaley Tort Claim.pdf |
| | image001.jpg |
| | image002.jpg |
| | image003.jpg |
| | image004.jpg |
| | image005.jpg |
| | image006.jpg |

Mr. Chipps,

Please find the attached tort claim for another laboratory employee. I will be mailing it out.

**Sincerely,**
**Scotty White, LPN, CLS(AMT)**
**Union Safety Officer**
**Local 2338**
**POPLAR BLUFF, MISSOURI JOHN J PERSHING**
**1500 NORTH WESTWOOD BLVD, POPLAR BLUFF MO. 63901**
**Phone: (573) 686-4151 ext. 52380, Mobile: (573) 326-0173, scotty.white@va.gov and scottyw4755@outlook.com**



**From:** White, Scotty L. (VHAPOP)
**Sent:** Tuesday, May 30, 2023 11:00 AM
**To:** Chipps, Denton E. <Denton.Chipps@va.gov>
**Cc:** kce40@yahoo.com; Ellis, Kevin C <Kevin.Ellis@va.gov>; scotty white <scottyw4755@outlook.com>
**Subject:** RE: Tort Claim 1 SW

Mr. Chipps,

I have sent my claim through certified mail. Other employees have submitted claims also.

**Sincerely,**

**Scotty White, LPN, CLS(AMT)**
**Union Safety Officer**
**Local 2338**
**POPLAR BLUFF, MISSOURI JOHN J PERSHING**
**1500 NORTH WESTWOOD BLVD, POPLAR BLUFF MO. 63901**
**Phone: (573) 686-4151 ext. 52380, Mobile: (573) 326-0173, scotty.white@va.gov and scottyw4755@outlook.com**



**From:** White, Scotty L. (VHAPOP)
**Sent:** Monday, May 15, 2023 12:48 PM
**To:** Chipps, Denton E. <Denton.Chipps@va.gov>
**Cc:** kce40@yahoo.com; Ellis, Kevin C <Kevin.Ellis@va.gov>; scotty white <scottyw4755@outlook.com>
**Subject:** Tort Claim 1 SW

Mr. Chipps,
Please my attached tort claim and the evidence file.

Sincerely,

**Scotty White, LPN, CLS(AMT)**
**Union Safety Officer**
**Local 2338**
POPLAR BLUFF, MISSOURI JOHN J PERSHING
1500 NORTH WESTWOOD BLVD, POPLAR BLUFF MO. 63901
Phone: (573) 686-4151 ext. 52380, Mobile: (573) 326-0173, scotty.white@va.gov and scottyw4755@outlook.com

| navy | | | | Desert storm | |
|---|---|---|---|---|---|
| 🖼 | 🖼 | 🖼 | 🖼 | 🖼 | 🖼 |



**VA** | **U.S. Department of Veterans Affairs**
Office of General Counsel

Torts Law Group (021)
810 Vermont Avenue, NW
Washington, DC 20420
Telephone: (202)461-4900

Certified-Mail 7008 2810 0000 8923 7971

In Reply Refer To: GCL 521311

January 26, 2024

Tracie Eudaley
2824 Reno Drive
Poplar Bluff, MO 63901

RE: Administrative Tort Claim

Dear Ms. Eudaley:

The Department of Veterans Affairs (VA) has thoroughly investigated the facts and circumstances surrounding your administrative tort claim, perfected on May 31, 2023. Our adjudication of your claim included a review of your VA records.

Based on our investigation it appears your alleged harm occurred on October 1, 2018. A tort claim is barred unless it is presented within two years after the claim accrues, as provided in section 2401(b), title 28, United States Code (U.S.C.).

As indicated in your claim, your injury occurred during the course of your government employment. The Federal Employees Compensation Act (FECA), section 8101, title 5, United States Code (U.S.C.), et seq., provides the exclusive remedy for work-related injuries of Federal employees. Although it appears that FECA would apply in this case to bar any FTCA claim, the Department of Labor's Office of Workers' Compensative Programs (OWCP), as designee of the Secretary of Labor, has the exclusive authority to determine whether an injury is covered by FECA. 5 U.S.C. § 8128(b). Accordingly, we deny your claim.

If you are dissatisfied with this decision, you have the option of filing suit in an appropriate U.S. District Court under 28 U.S.C. § 2675(a). 28 C.F.R. § 14.9. The FTCA provides that when an agency denies an administrative tort claim, the claimant may seek judicial relief in a Federal district court. The claimant must initiate the suit within six months of the mailing of this notice as shown by the date of this denial (28 U.S.C. § 2401(b)). In any lawsuit, the proper party defendant is the United States, not the Department of Veterans Affairs.

Please note that FTCA claims are governed by a combination of Federal and state laws. Some state laws may limit or bar a claim or lawsuit. VA attorneys handling FTCA claims work for the Federal government and cannot provide advice regarding the impact of state laws or state filing requirements.

Sincerely,

*Tami R. Nantz*
Tami R. Nantz
Deputy Chief Counsel

Veterans Crisis Line - Confidential and Available 24 Hours a Day
Dial 988 & Press 1 | Text to 838255 | On-Line Chat at www.veteranscrisisline.net